# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-7067**　　　　　　　　　　　　　　**September Term, 2022**

　　　　　　　　　　　　　　　　　　　　　　　**1:18-cv-01970-TSC**

　　　　　　　　　　　　　　　　　　**Filed On: February 21, 2023** [1986856]

Aamir Cooper,

　　　　Appellant

　　v.

American University,

　　　　Appellee

## M A N D A T E

In accordance with the judgment of January 13, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed January 13, 2023